

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2016

No. 04-16-00485-CR

Salvador **ZARATE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 15-CRS-402
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

By order dated October 3, 2016, this appeal was abated to the trial court for a hearing to determine whether the appellant is entitled to have the appellate record furnished without charge. *See* TEX. R. APP. P. 20.2. On October 24, 2016, a clerk's record was filed containing the trial court's order finding appellant to be indigent and appointing appellate counsel to represent him. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. It is FURTHER ORDERED that the clerk's record and the reporter's record must be filed in this appeal no later than thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2016.

Keith E. Hottle
Clerk of Court